# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN JOHNSON

NO. 2021 KW 0326

**MARCH 25, 2021**

---

In Re:  John Johnson, applying for stay pending appeal, 18th Judicial District Court, Parish of West Baton Rouge, No. 200909, 200910.

---

**BEFORE:  THERIOT, WOLFE, AND HESTER, JJ.**

**APPLICATION FOR STAY PENDING APPEAL DENIED.**

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT